IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>JOHNSON, MICHAEL A<br>JOHNSON, DEBRA D<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-70952 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on 04/20/07. The Trustee was appointed on 04/20/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of October 19, 2007 is as follows:

    a.   RECEIPTS (See Exhibit C)      $_____21,034.35

    b.   DISBURSEMENTS (See Exhibit C)      $_____0.00

    c.   NET CASH available for distribution      $_____21,034.35

    d.   TRUSTEE/PROFESSIONAL COSTS

        1.   Trustee compensation requested (See Exhibit F)      $_____2,629.16

    2.     Trustee Expenses (See Exhibit F)      $_____0.00

    3.     Compensation requested by attorney or other professionals for trustee (See Exhibit F-1)      $_____2,021.00

  e.   Illinois Income Tax for Estate (See Exhibit G)      $_____0.00

5. The Bar Date for filing unsecured claims expired on 08/31/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a.   Allowed unpaid secured claims      $_____0.00

  b.   Chapter 7 Administrative and 28 U.S.C. §1930 claims      $_____4,650.16

  c.   Allowed Chapter 11 Administrative Claims      $_____0.00

  d.   Allowed priority claims      $_____0.00

  e.   Allowed unsecured claims      $_____14,141.47

  f.   Surplus return to debtor      $_____2,242.72

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 4.93%.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $2,021.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,021.00.

9. A fee of $900.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   October 19, 2007      /s/Stephen G. Balsley
                                               STEPHEN G. BALSLEY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>JOHNSON, MICHAEL A<br>JOHNSON, DEBRA D<br><br>Debtor(s) | CASE NO. 07-70952 MB<br><br>Judge MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,650.16 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 13,733.38 |
| Post-Petition Interest: | $ 408.09 |
| Surplus to Debtor: | $ 2,242.72 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 21,034.35 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $4,650.16 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 2,629.16 | 2,629.16 |
| | Stephen G. Balsley, Attorney for Trustee | 2,021.00 | 2,021.00 |
| | TOTAL | $ | 4,650.16 |

d. $13,733.38 for general unsecured creditors who have filed claims allowed in the total amount of $13,733.38, yielding a dividend of 100.00% plus interest at the rate of 4.93%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $13,733.38 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Swedish American Hospital | 680.65 | 680.65 |
| 2 | Mutual Management Services, Inc. | 465.18 | 465.18 |
| 3 | Rockford Cardiology | 22.00 | 22.00 |
| 4 | YESSG I | 3,758.37 | 3,758.37 |
| 5 | Rockford Assoc. Pathologists | 38.00 | 38.00 |
| 7 | Diversified Services Group | 856.31 | 856.31 |
| 8 | Rockford Surgical Service | 339.99 | 339.99 |
| 9 | Rockford Anesthesiologists | 280.00 | 280.00 |
| 10 | eCAST Settlement Corporation | 3,533.87 | 3,533.87 |
| 11 | Verizon Wireless Midwest | 483.20 | 483.20 |
| 12 | FIA Card Services/Bank of America and MBNA America Bank | 3,275.81 | 3,275.81 |
| | TOTAL | $ | 13,733.38 |

g. $408.09 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $408.09 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1I | Swedish American Hospital | 20.23 | 20.23 |
| 2I | Mutual Management Services, Inc. | 13.82 | 13.82 |
| 3I | Rockford Cardiology | 0.65 | 0.65 |
| 4I | YESSG I | 111.68 | 111.68 |
| 5I | Rockford Assoc. Pathologists | 1.13 | 1.13 |
| 7I | Diversified Services Group | 25.45 | 25.45 |
| 8I | Rockford Surgical Service | 10.10 | 10.10 |
| 9I | Rockford Anesthesiologists | 8.32 | 8.32 |
| 10I | eCAST Settlement Corporation | 105.01 | 105.01 |
| 11I | Verizon Wireless Midwest | 14.36 | 14.36 |
| 12I | FIA Card Services/Bank of America and MBNA America Bank | 97.34 | 97.34 |
| | TOTAL | $ | 408.09 |

i. $2,242.72 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $2,242.72 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | Michael A. Johnson and Debra D. Johnson | 2,242.72 | 2,242.72 |
| | TOTAL | $ | 2,242.72 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 6 | Mutual Management Services, Inc. P.O. Box 4777 Rockford, IL 611104777 | $ 465.18 | Disallowed pursuant to Court Order of 09/26/07 – duplicate of Claim #2 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   October 19, 2007          /s/Stephen G. Balsley
                                   STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 2,629.16 | $ 2,629.16 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 2,021.00 | $ 2,021.00 |
| **TOTALS** | $ 0.00 | $ 4,650.16 | $ 4,650.16 |

# EXHIBIT A

## TASKS PERFORMED

### MICHAEL A. JOHNSON AND DEBRA D. JOHNSON
### CHAPTER 7 BANKRUPTCY CASE NO. 07-70952

The only asset administered in this case was a parcel of real estate which the Debtors resided at 7653 East Hales Corner Road, Stillman Valley, Illinois. The Debtors were purchasing the property on an Agreement for Deed from Christine Johnson (the mother of the Debtor, Michael A. Johnson), subject to the right of Christine Johnson to rent a portion of the premises back from the Debtors for the sum of $500.00 per month.

The parcel had a value of approximately $143,000.00, which was subject to a balance due to Christine Johnson of $48,000.00, and was further subject to the right of Christine Johnson to continue to lease a portion of the premises.

The Trustee entered into an agreement with the Debtors to repurchase the bankruptcy estate's interest in the property for a sum sufficient to pay all unsecured creditors in full. The Debtors paid to the bankruptcy estate the sum of $21,000.00. The Court approved the compromise of the Debtors. Part of the compromise provides that if the amount paid to the Trustee was insufficient to pay unsecured creditors in full, the Debtors would pay an additional sum to the Trustee to satisfy all unsecured creditors.

The Trustee has determined there is no income tax return necessary to be filed for this bankruptcy estate.

The Trustee has reviewed the claims and objected to one claim which was disallowed by the Court.

In addition to the notices sent to creditors by the Court, the Trustee has written to all creditors twice urging them to file claims in this case.

SGB:vcg

EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-70952 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | JOHNSON, MICHAEL A | Filed (f) or Converted (c): | 04/20/07 (f) |
| | JOHNSON, DEBRA D | §341(a) Meeting Date: | 05/24/07 |
| Period Ending: | 10/19/07 | Claims Bar Date: | 08/31/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7653 East Hales Corner Road, Stillman Valley, IL | 80,000.00 | 21,000.00 | | 21,000.00 | FA |
| 2 | Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - First National Bank of Amboy | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 22 Rifle | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension - 403B (wife) | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 Hyundai Accent | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1986 GMC pickup | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 34.35 | Unknown |
| 11 | Assets    Totals (Excluding unknown values) | $95,030.00 | $21,000.00 | | $21,034.35 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 10/19/2007 10:57 AM    V.9.55

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-70952 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | JOHNSON, MICHAEL A | Filed (f) or Converted (c): | 04/20/07 (f) |
| | JOHNSON, DEBRA D | §341(a) Meeting Date: | 05/24/07 |
| Period Ending: | 10/19/07 | Claims Bar Date: | 08/31/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): November 1, 2007        Current Projected Date Of Final Report (TFR): October 4, 2007 (Actual)

EXHIBIT C

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 07-70952 MB | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| **Case Name:** | JOHNSON, MICHAEL A | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | JOHNSON, DEBRA D | **Account:** | \*\*\*-\*\*\*\*\*22-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7571357 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 10/19/07 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/27/07 | {1} | Christine Johnson | Purchase of real estate | 1110-000 | 589.88 | | 589.88 |
| 06/27/07 | {1} | Commercial Mortgage & Finance Co. | Purchase of real estate | 1110-000 | 20,410.12 | | 21,000.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.36 | | 21,000.36 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.93 | | 21,012.29 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.59 | | 21,023.88 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.47 | | 21,034.35 |
| | | | **ACCOUNT TOTALS** | | 21,034.35 | 0.00 | $21,034.35 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,034.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,034.35** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-70952 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | JOHNSON, MICHAEL A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JOHNSON, DEBRA D | | Account: | ***-*****22-66 - Checking Account |
| Taxpayer ID #: | 13-7571357 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/19/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 21,034.35 | 0.00 | 21,034.35 |
| Checking # ***-*****22-66 | 0.00 | 0.00 | 0.00 |
| | $21,034.35 | $0.00 | $21,034.35 |

{} Asset reference(s)

Printed: 10/19/2007 10:57 AM   V.9.55