Case Name:   MICHAEL A. JOHNSON
             DEBRA D. JOHNSON
Case No:

## **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 11/13/07                    WILLIAM T. NEARY
                                   United States Trustee, Region 11


                              BY:   ___/s/_____
                                    Carole J. Ryczek
                                    Attorney for the U.S. Trustee