IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
JOHNSON, MICHAEL A
JOHNSON, DEBRA D

CASE NO. 07-70952 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-3614; XXX-XX-1931

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   December 10, 2007
    at:   1:00 p.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 2,853.44 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,021.00 | |

4. The Trustee's Final Report shows total:

    a. Receipts                               $        21,034.35

    b. Disbursements                          $             0.00

    c. Net Cash Available for Distribution    $        21,034.35

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $16,159.91, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the

      distribution is $13,733.38, resulting in an approximate distribution of 100.00% to unsecured creditors, plus interest at the rate of 4.93%.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

      See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                Respectfully submitted,

DATE:   October 19, 2007               /s/Stephen G. Balsley
                                          STEPHEN G. BALSLEY
                                          6833 Stalter Drive
                                          Rockford, IL  61108
                                          Telephone: 815/962-6611
                                          FAX: 815/962-0687

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2           Date Rcvd: Nov 14, 2007
Case: 07-70952                Form ID: pdf002             Total Served: 40

The following entities were served by first class mail on Nov 16, 2007.
db          +Michael A Johnson,    7653 E. Hales Corner Rd,    Stillman Valley, IL 61084-9702
jdb         +Debra D Johnson,    7653 E Hales Corner Rd,    Stillman Valley, IL 61084-9702
aty         +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11315794     Alliance One,    PO Box 1963,    Southgate, MI 48195-0963
11315795    +Bank of America,    PO Box 1390,    Norfolk, VA 23501-1390
11315796     CBE Group,    PO Box 3136,    Milwaukee, WI 53201-3136
11315797    +Christine Johnson,    7653 E. Hales Corner Rd,    Stillman Valley, IL 61084-9702
11315798    +Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
11315799    +Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-0290
11315800     Dennis A. Brebner & Associates,    860 Northpoint Blvd,    Waukegan, IL 60085-8211
11315801     Direct Merchants Bank,    PO Box 17313,    Baltimore, MD 21297-1313
11315803     Diversified Services Group,    PO Box 80185,    Phoenix, AZ 85060-0185
11315802    +Diversified Services Group,    5800 E Thomas Rd. Suite 107,    Scottsdale, AZ 85251-7510
11585771    +FIA Card Serv NA successor in int to Bank,    of America NA(USA) and MBNA America Bank,
              1000 Samoset Dr      Attn Mr BK,    DE5-023-03-03,    Newark DE 19713-6000
11315804    +Ford Credit,    PO Box 152271,    Irving, TX 75015-2271
11315805     Mutual Management Services,    PO Box 4777,    Rockford, IL 61110-4777
11315806     Northern Illinois Scanning,    PO Box 4073,    Rockford, IL 61110-0573
11315807    +R&B Receivables,    860 S. Northpoint Blvd,    Waukegan, IL 60085-8201
11315808    +Radiology Consultants,    PO Box 4542,    Rockford, IL 61110-4542
11461049     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11463914    +Recovery Management Systems Corporation,    For YESSG I 800000918-3359455,
              As Assignee of HOUSEHOLD BANK,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
11315809     Rockford Anesthesiologists,    PO Box 4569,    Rockford, IL 61110-4569
11533331    +Rockford Anesthesiologists Assoc.,    %Creditors' Protection Service,    POB 4115,
              ROCKFORD, IL 61110-0615
11315810     Rockford Assoc. Pathologists,    PO Box 15785,    Loves Park, IL 61132-5785
11429136    +Rockford Cardiology,    United Credit Service Inc,    PO Box 740,    Elkhorn, WI 53121-0740
11315811     Rockford Cardiology Associates,    PO Box 8410,    Rockford, IL 61126-8410
11315812    +Rockford Gastroenterology,    401 Roxbury Rd.,    Rockford, IL 61107-5078
11315813    +Rockford Surgical Service,    5668 E. State St.,    Rockford, IL 61108-2464
11407836    +Swedish American Hospital,    C/O Dennis A. Brebner,    860 Northpoint Blvd.,
              Waukegan, IL 60085-8211
11315815     Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
11315814     Swedish American Hospital,    PO Box 1567,    Rockford, IL 61110-0067
11315817     The Law Offices of John Frye,    PO Box 13665,    Roanoke, VA 24036-3665
11315818    +Thomas E Jolas,    PO Box 4000,    Mason City, IA 50402-4000
11315819     United Credit Service,    PO Box 740,    Elkhorn, WI 53121-0740
11315820     Van Ru Credit Corp.,    PO Box 498,    Park Ridge, IL 60068-0498
11476295     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
11549645     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Nov 15, 2007.
11315795    +E-mail/PDF: bankofamericaebn@americaninfosource.com Nov 15 2007 05:19:52     Bank of America,
              PO Box 1390,    Norfolk, VA 23501-1390
11315821    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 15 2007 05:19:52     Verizon,
              1515 Woodfield Rd. Suite 140,    Schaumburg, IL 60173-6046
11560183    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 15 2007 05:19:28
              Verizon Wireless Midwest,    AFNI/Verizon Wireless,    P O Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11315816*     Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Nov 14, 2007
Case: 07-70952                Form ID: pdf002           Total Served: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2007**                          **Signature:**    _Joseph Speetjens_